IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:25cr357-MHT
                            )          (WO)
AQUARIE JA'MAR BROWN        )
```

SUPPLEMENTAL ORDER ON SUPERVISED RELEASE

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release if the defendant finished his term of incarceration in a residential reentry center, or within 100 days of commencement of supervision if the defendant was released straight from a prison, the probation department shall file with the court a status report (a) that notifies the court that the probation department has completed its assessments of the defendant; (b) that states whether the probation department recommends any additional special conditions of supervision or any modifications to any previously imposed conditions; (c)

that identifies the evaluations (mental health, drug, domestic abuse, etc.), if any, the court at sentencing ordered be considered or done after release; and (d) that requests the setting of an in-person status conference.

(2) The status conference will focus on whether, in light of his incarceration (including any treatment he may have received in prison), the defendant still needs any mental health treatment or services identified by the court at sentencing and/or recommended by Dr. Holly Kaufman in her evaluation (Doc. 67-1 at 11-14), and if so, what the treatment should be.  At the status conference, the court will also discuss whether the defendant should undergo another comprehensive mental health evaluation to supplement any previous evaluation. The defendant shall attend the conference.

DONE, this the 25th day of February, 2026.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**